MICHAEL J. MICELI, ESQ.
Nevada Bar No. 010151
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 Fax: (702) 474-4210
Email: michaeljmiceli@gmail.com
Attorney for Defendant
**MARIA MOY**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 2:23-cr-00159-RFB-DJA |
| Plaintiff, | |
| vs. | |
| **MARIA MOY**, | |
| Defendant. | |

**STIPULATION AND ORDER TO RELEASE MENTAL HEALTH EVALUATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between **ALLISON REESE**, Assistant United States Attorney, counsel for the United States of America, and **MICHAEL J. MICELI, ESQ.**, counsel for **MARIA MOY;** that Defendant MOY underwent a mental health evaluation through Pretrial Services.  Counsel is requesting a copy of the Mental Health Evaluation.

1. Defendant MOY underwent a mental health evaluation through Pretrial Services during her arrest

2. Counsel for Defendant is requesting a copy of the mental health evaluation be released Counsel for review.

3. Counsel for Defendant has spoken to AUSA Reese and she does not oppose to the release of the mental health evaluation for Defendant MOY.

**DATED** this 30th day of November.

| | |
|---|---|
| /S/ Michael J. Miceli, Esq. | /S/ Allison Reese, AUSA . |
| **MICHAEL J. MICELI, ESQ.** | **ALLISON REESE, ESQ.** |
| Nevada Bar No. 10151 | Assistant United States Attorney |
| 601 Las Vegas Blvd. S. | 501 Las Vegas Blvd. S., Ste. 1100 |
| Las Vegas, Nevada 89104 | Las Vegas, NV 89101 |
| Attorney for Defendant | Attorney for the United States |

**IT IS SO ORDERED** that the Pretrial Services release a copy of Defendant MOY's mental health evaluation to Counsel of Record, Michael J. Miceli.

DATED this  4th  day of  December  2023.

_____
**DISTRICT COURT JUDGE**