**MICHAEL J. MICELI, ESQ.**
Nevada Bar No. 010151
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 Fax: (702) 474-4210
Email: michaeljmiceli@gmail.com
Attorney for Defendant
**MARIA MOY**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>MARIA MOY,<br><br>             Defendant. | Case No.:   2:23-cr-00159-RFB-DJA |
|---|---|

### STIPULATION AND ORDER TO RELEASE PROGRESS REPORTS OF SUBSTANCE ABUSE AND MENTAL HEALTH COUNSELING

     **IT IS HEREBY STIPULATED AND AGREED**, by and between **ROBERT KNIEF**, Assistant United States Attorney, counsel for the United States of America, and **MICHAEL J. MICELI, ESQ.**, counsel for **MARIA MOY;** that Defendant MOY underwent a mental health evaluation through Pretrial Services. Based on the evaluation, Defendant Moy has been undergoing substance abuse and mental health counseling at Community Counseling Center.

     Counsel is requesting a copy of the progress reports of these counseling sessions to verify how many counseling sessions Defendant Moy has attended and her progress.

     1.    Defendant MOY underwent a mental health evaluation through Pretrial Services after her arrest and release from custody.

2. Based on the results of the mental health evaluation, Defendant Moy has been undergoing substance abuse and mental health counseling at Community Counseling Center.

3. Counsel for Defendant has spoken to AUSA Knief and he does not oppose to the release of the progress reports for these counseling sessions to Defendant MOY and her counsel.

**DATED** this 7th day of March, 2024

| /S/ Michael J. Miceli, Esq. | /S/ Robert Knief, AUSA . |
|---|---|
| **MICHAEL J. MICELI, ESQ.** | **ROBERT KNIEF, ESQ.** |
| Nevada Bar No. 10151 | Assistant United States Attorney |
| 601 Las Vegas Blvd. S. | 501 Las Vegas Blvd. S., Ste. 1100 |
| Las Vegas, Nevada  89104 | Las Vegas, NV 89101 |
| Attorney for Defendant | Attorney for the United States |

**IT IS SO ORDERED** that the Pretrial Services release a copy of Defendant MOY's counseling progress reports for substance abuse and mental health counseling to Counsel of Record, Michael J. Miceli.

DATED  March 11, 2024.

_____
DISTRICT COURT JUDGE