PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

FILED
CLERK, U.S. DISTRICT COURT
07/21/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: GSA DEPUTY

| | | | |
|---|---|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:23CR00159 | DOCKET NUMBER *(Rec. Court)* | 5:26-cr-00147-SSS |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | Maria Moy<br>Lancaster, CA 93536 | | |
| DISTRICT | Nevada | DIVISION | U.S. Probation Office |
| NAME OF SENTENCING JUDGE | Richard F. Boulware | | |
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/3/2025 | TO 11/2/2029 | |

OFFENSE
Count 1: 18 :U.S.C. 371 – Conspiracy to Deal in Firearms Without a License
Counts 2 – 12: 18: U.S.C. 922 (a)(6) and 924 (a)(2) – Illegal Acquisition of a Firearm and Aiding and Abetting

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Ms. Moy was born and raised in California. Ms. Moy has been supervised in the Central District of California throughout her time on Pretrial supervision as well as the past four months since being sentenced. Ms. Moy has no intention of returning to Nevada to reside.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/30/2026
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 20, 2026
*Effective Date*

Dolly M. Gee
*Chief United States District Judge*